Case 2:12-cr-00049-RMP    ECF No. 612    filed 03/03/17    PageID.3335    Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 03, 2017

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America | |
| v. | Case No: 2:12-CR-049-RMP-6 |
| BRIAN LEE SELLERS | USM No: 14355-085 |
| Date of Original Judgment: 06/19/2013 | |
| Date of Previous Amended Judgment: | Andrea George |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   06/19/2013   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   03/03/2017

*Judge's signature*

Rosanna Malouf Peterson, Judge U.S. District Court
*Printed name and title*

Effective Date: _____
*(if different from order date)*