PROB 12C
(6/16)

Report Date: August 22, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 22, 2023

SEAN F. MCAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Brian Lee Sellers | Case Number: 0980 2:12CR00049-RMP-6 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Spokane Valley, Washington 99016 | |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge | |
| Date of Original Sentence: June 18, 2013 | |
| Original Offense: | Ct. 1: Counterfeiting and Forging Obligations or Securities of the United States, 18 U.S.C. § 471; <br> Ct. 2: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); <br> Ct. 3: Possession with the Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) |
| Original Sentence: Prison - 96 months <br> TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: U.S. Attorney's Office | Date Supervision Commenced: November 5, 2021 |
| Defense Attorney: Federal Defender's Office | Date Supervision Expires: November 4, 2024 |

**PETITIONING THE COURT**

To issue a summons.

On November 8, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Sellers, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. <br><br> **Supporting Evidence**: On or about July 4 and 5, 2023, Brian Sellers allegedly violated special condition number 19, by consuming methamphetamine. <br><br> On July 13, 2023, this officer made contact with the offender at his residence to conduct an unscheduled home visit. Mr. Sellers was subsequently instructed to report to the U.S. Probation Office for random urinalysis testing at 8 a.m. the next morning, July 14, 2023. <br><br> On July 14, 2023, the offender reported to the U.S. Probation Office as instructed. He was subject to random urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine; the offender then asked to speak with this officer. Mr. Sellers subsequently admitted to the use of methamphetamine on or about July 4 and 5, 2023, and he signed an admission of use form confirming that use. |

Prob12C
Re: Sellers, Brian Lee
August 22, 2023
Page 2

| | | |
|---|---|---|
| 2 | | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: On August 17, 2023, Brian Sellers allegedly violated standard condition number 3, by failing to answer the assigned probation officer's inquiry truthfully.

On August 17, 2023, the undersigned officer contacted Mr. Sellers and instructed him to report to the U.S. Probation Office for random urinalysis testing; he was given 2 hours to report, which is standard. The offender claimed he was at work in Pullman, Washington, and expected to work until 6 p.m., so he would not be able to report within the allotted time period.

This officer asked the offender if he would test positive for any illicit substances. Mr. Sellers insisted his positive urine sample in July 2023 was a one-time occurrence. In an attempt to be considerate of the offender's work schedule, he was instead allowed to report to the U.S. Probation Office on the morning of August 18, 2023, for random urinalysis testing.

On August 18, 2023, the offender reported to the U.S. Probation Office and ultimately admitted to the use of methamphetamine. Contrary to the statement he had made to this officer the day prior, Mr. Sellers subsequently admitted having used 1/4 gram of methamphetamine daily for the 2 prior weeks.

3    **Special Condition #19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about August 3 through 18, 2023, Brian Sellers allegedly violated special condition number 19, by consuming methamphetamine.

On August 18, 2023, the offender reported to the U.S. Probation Office for random urinalysis testing as instructed by the assigned probation officer. The male officer overseeing the submission of the urine sample observed a piece of white plastic protruding beyond the tip of offender's penis. When confronted about concerns that he was using a device to circumvent urinalysis testing, Mr. Sellers admitted using a device. The device, a pouch of synthetic urine with a temperature strip and attached hose, was subsequently confiscated.

The offender then admitted using approximately 1/4 gram of methamphetamine on a daily basis for the 2 prior weeks. He signed an admission of use form confirming that use.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/22/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
**Re: Sellers, Brian Lee**
**August 22, 2023**
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

8/22/2023
Date