PROB 12C
(6/16)

Report Date: September 12, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 12, 2023

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Brian Lee Sellers | Case Number: 0980 2:12CR00049-RMP-6 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, Spokane Valley, Washington 99016 | |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge | |
| Date of Original Sentence: June 18, 2013 | |

| | |
|---|---|
| Original Offense: | Ct. 1: Counterfeiting and Forging Obligations or Securities of the United States, 18 U.S.C. § 471;<br>Ct. 2: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1);<br>Ct. 3: Possession with the Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 96 months<br>TSR - 36 months |
| Asst. U.S. Attorney: | U.S. Attorneys Office |
| Defense Attorney: | Federal Defender's Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: November 5, 2021

Date Supervision Expires: November 4, 2024

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 8/22/2023.

On November 8, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Sellers, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about August 24, 2023, Brian Sellers allegedly violated special condition number 19, by consuming methamphetamine.<br><br>On August 24, 2023, the offender reported to the U.S. Probation Office for random urinalysis testing as instructed. Mr. Sellers provided a urine sample that was presumptive positive for methamphetamine. He denied the use of any controlled substances and he signed a denial of use form confirming that denial. |

Prob12C
**Re: Sellers, Brian Lee**
**September 12, 2023**
**Page 2**

On September 2, 2023, this officer received confirmation from the laboratory that the urine sample provided by the offender on August 24, 2023, was in fact positive for methamphetamine and amphetamine.

5  **Special Condition #19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about September 1, 2023, Brian Sellers allegedly violated special condition number 19, by consuming methamphetamine.

On September 5, 2023, the undersigned contacted Mr. Sellers and instructed him to report to the U.S. Probation Office for random urinalysis testing. The offender subsequently reported as instructed and provided a urine sample that was presumptive positive for methamphetamine.

The offender admitted to the use of methamphetamine on or about September 1, 2023, and he signed an admission of use form confirming that use.

6  **Special Condition #19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about September 4, 2023, Brian Sellers allegedly violated special condition number 19, by consuming methamphetamine.

On September 7, 2023, the offender was subject to random urinalysis testing at Pioneer Human Services (PHS), as an element of the substance abuse assessment that was conducted. Mr. Sellers provided a urine sample that was presumptive positive for amphetamine and methamphetamine. He ultimately admitted to the use of methamphetamine on or about September 4, 2023; he signed an admission of use form confirming that use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/12/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
**Re: Sellers, Brian Lee**
**September 12, 2023**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

9/12/2023
_____
Date