PROB 12C
(6/16)

Report Date: November 17, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 17, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Brian Lee Sellers | Case Number: 0980 2:12CR00049-RMP-6 |
| Address of Offender: ███████████████ | Spokane Valley, Washington 99016 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: June 18, 2013

| | |
|---|---|
| Original Offense: | Ct. 1: Counterfeiting and Forging Obligations or Securities of the United States, 18 U.S.C. § 471;<br>Ct. 2: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1);<br>Ct. 3: Possession with the Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 96 months    Type of Supervision: Supervised Release<br>TSR - 36 months |
| Asst. U.S. Attorney: | Earl Allan Hicks    Date Supervision Commenced: November 5, 2021 |
| Defense Attorney: | Lorinda Meier Youngcourt    Date Supervision Expires: November 4, 2024 |

### PETITIONING THE COURT

To issue a summons and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 8/22/2023, and 9/12/2023.

On November 8, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Sellers, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about October 17, 2023, Brian Sellers allegedly violated special condition number 19, by consuming methamphetamine. |
| | On October 17, 2023, Mr. Sellers appeared in Court before U.S. Magistrate Judge James A. Goeke.  The government motioned for the offender's detention, citing concerns that he was driving to Pullman, Washington, where he then operated heavy machinery, which posed a major safety concern.  Because Mr. Sellers agreed to be outfitted with a sweat patch and notify his employer of the potential risk, the Court agreed to allow him to remain at liberty. |

Prob12C
Re: Sellers, Brian Lee
November 17, 2023
Page 2

Immediately after his initial appearance, on October 17, 2023, the offender reported to the U.S. Probation Office to have a sweat patch applied.

On October 23, 2023, the sweat patch was collected from Mr. Sellers, and sent to the lab for testing.

On November 3, 2023, lab results were received. According to the laboratory, the sweat patch collected from the offender was positive for methamphetamine; additionally, amphetamine was present in the sample.

Despite the laboratory results, Mr. Sellers adamantly denies any illicit drug use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/17/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [x] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

11/17/2023
Date