PROB 12C
(6/16)

Report Date:  December 20, 2023

# United States District Court

**for the**

### Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2023

SEAN F. McAVOY, CLERK

Name of Offender: Brian Lee Sellers          Case Number: 0980 2:12CR00049-RMP-6

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane Valley, Washington 99016

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: June 18, 2013

| | |
|---|---|
| Original Offense: | Ct. 1: Counterfeiting and Forging Obligations or Securities of the United States, 18 U.S.C. § 471;<br>Ct. 2: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1);<br>Ct. 3: Possession with the Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 96 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | November 5, 2021 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: | November 4, 2024 |

## PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 8/22/2023, 9/12/2023 and 11/17/2023.

On November 8, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Sellers, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #19:**  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about December 9, 2023, Brian Sellers allegedly violated special condition number 19, by consuming methamphetamine.<br><br>On December 15, 2023, after regular business hours, this officer received a phone call from the offender's treatment provider with Pioneer Human Services (PHS).  She advised that Mr. Sellers was also present for the conference call, and that he had something he wanted to tell the undersigned.  The offender proceeded to admit to the use of methamphetamine on or |

**Prob12C**
**Re: Sellers, Brian Lee**
**December 20, 2023**
**Page 2**

about December 9, 2023. He reportedly admitted to drug use during a group treatment session on December 11, 2023, but failed to report his use to the assigned probation officer. The offender was subsequently instructed to report to the U.S. Probation Office on the morning of December 18, 2023.

The offender reported to the U.S. Probation Office on December 18, 2023, as instructed, and signed an admission of use form confirming his use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court **issue a warrant**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     12/20/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]     No Action
[X]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[ ]     Other

Signature of Judicial Officer

12/20/2023

Date